District Judge Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| QIUCHANG BI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-01895-TL<br><br>STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>May 1, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation pursuant to the Mandamus Act and the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff Kar Soon's Form I-130, Petition for Alien Relative, and Plaintiff Qiuchang's Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS has adjudicated the applications and this case is now moot.

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-01895-TL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 1st day of May, 2024.

Respectfully submitted,

| TESSA M. GORMAN | LAW OFFICES OF DENNIS LAM, PLLC |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | |
| | *s/ Dennis C. Lam* |
| *s/ Michelle R. Lambert* | DENNIS C. LAM WSBA#22899 |
| MICHELLE R. LAMBERT, NYS #4666657 | 15921 NE 8th Street, Suite C-208 |
| Assistant United States Attorney | Bellevue, Washington 98008 |
| United States Attorney's Office | Phone: (206) 682-9233 |
| Western District of Washington | Email: dennis@dennislam.com |
| 1201 Pacific Avenue, Suite 700 | |
| Tacoma, Washington 98402 | |
| Phone: (253) 428-3824 | |
| Fax:    (253) 428-3826 | |
| | *Attorney for Plaintiffs* |
| (253) 428-38 | |
| Email: michelle.lambert@usdoj.gov | |
| *Attorneys for Defendants* | |

*I certify that this memorandum contains 88 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-01895-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[~~PROPOSED~~] ORDER**

It is so **ORDERED**. The case is dismissed without prejudice, with each party to bear their own costs.

DATED this 2nd day of May, 2024.

_____
TANA LIN
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-01895-TL] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800